UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC., <br> a New York Corporation, <br>     Plaintiff, <br> v. <br><br> ONACLICK, INC., d/b/a SAT SYSTEMS, <br> a Nevada Corporation <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-00280 (   ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

Plaintiff requests that the Alias Summons be issued with respect to the First Amended Complaint filed May 23, 2007 in the above-captioned action.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Curtis S. Miller
        William H. Sudell, Jr. (No. 463)
        Curtis S. Miller (No. 4583)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Phone: (302) 658-9200
        Facsimile: (302) 658-3989

        - and -

        CLARK HILL PLC
        Jack O. Kalmink
        Paul C. Smith
        500 Woodward Avenue, Suite 3500
        Detroit, MI 48226
        Phone: (313) 965-8300
        Facsimile: (313) 965-8252

Dated: May 23, 2007        Counsel for Plaintiff

839349