# UNITED STATES DISTRICT COURT

District of     Delaware

PARROT, INC.

    V.

ONACLICK, INC., d/b/a SAT SYSTEMS

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-280 ( )

TO: (Name and address of Defendant)

onAclick, Inc. d/b/a SAT Systems
1325 Airmotive Way #175
Reno, NV 89502
Serve: John-Eric Jones, President
or to any officer or managing or
general agent

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, NV 89502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Sudell, Jr., Esquire
Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

an answer to the **First Amended Complaint** which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**      5/23/07

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify):_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　　　_John M Flatley_____
　　　　　　　　　Date　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of this summons and complaint was made by me | DATE | May 29 2007 |
| NAME OF SERVER *(PRINT)* **JOSHUA FLATLEY** | TITLE | **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ MATHEW HANSEN, OF THE OFFICE OF JOHN-ERIC JONES, RESIDENT AGENT FOR ONACLICK, INC., DBA SAT SYSTEM'S, AUTHORIZED TO ACCEPT ACCEPTED ON HIS BEHALF
1325 AIRMOTIVE WY # 290,
RENO, NV 89502

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    May 30 2007
                     Date                *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

HILL22 232995

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure