UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PARROT, INC.,
a New York corporation,

        Plaintiff,

    -vs-                             Case No. 07-280

ONACLICK, INC., d/b/a SAT SYSTEMS,
a Nevada corporation,

        Defendant.

---

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200 (phone)
(302) 658-3989 (fax)

    and

CLARK HILL PLC
Jack O. Kalmink (MI Bar #P24087)
Paul C. Smith (MI Bar #P55608)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300 (phone)
(313) 965-8252 (fax)

Counsel for Plaintiff

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Jack O. Kalmink and Paul C. Smith to represent Plaintiff, Parrot, Inc., in this

matter.

5448828.1 24460/116986

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_William H. Sudell, Jr._

William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

- and –

CLARK HILL PLC
Jack O. Kalmink
Paul C. Smith
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Phone:  (313) 965-8300
Facsimile:  (313) 965-8252

Date:  June 19, 2007                    Attorneys for Plaintiff

5448828.1 24460/116986

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PARROT, INC.,
a New York corporation,

              Plaintiff,

      -vs-                                                          Case No. 07-280

ONACLICK, INC., d/b/a SAT SYSTEMS,
a Nevada corporation,

              Defendant.

_____

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200 (phone)
(302) 658-3989 (fax)

      and

CLARK HILL PLC
Jack O. Kalmink (MI Bar #P24087)
Paul C. Smith (MI Bar #P55608)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300 (phone)
(313) 965-8252 (fax)

Counsel for Plaintiff

_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED
### *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of Michigan and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct

5448828.1 24460/116986

which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Paul C. Smith
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300

Dated: June 19, 2007

2

5448828.1 24460/116986

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PARROT, INC.,
a New York corporation,

        Plaintiff,

    -vs-                                  Case No. 07-280

ONACLICK, INC., d/b/a SAT SYSTEMS,
a Nevada corporation,

        Defendant.

---

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200 (phone)
(302) 658-3989 (fax)

    and

CLARK HILL PLC
Jack O. Kalmink (MI Bar #P24087)
Paul C. Smith (MI Bar #P55608)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300 (phone)
(313) 965-8252 (fax)

Counsel for Plaintiff

---

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

<br>

                                         _____
                                         United States District Judge

Date:_____

5448828.1 24460/116986

<u>CERTIFICATE OF SERVICE</u>

I, William H. Sudell, Jr., Esquire, do hereby certify that a copy of the foregoing

**MOTION FOR ADMISSION *PRO HAC VICE*** was served this 25th day of June, 2007 upon

the following individuals in the manner indicated:

**<u>BY FIRST CLASS MAIL</u>**

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, President or to any officer
or managing or general agent
1325 Airmotive Way #175
Reno, NV 89502

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, NV 89502

William H. Sudell, Jr. (#463)