UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC.,<br>a New York Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONACLICK, INC., d/b/a SAT SYSTEMS,<br>a Nevada Corporation<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-00280 (***)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Parrot, Inc. requests that the Clerk enter a default, in the form attached hereto, against Defendant onAclick, Inc., d/b/a SAT Systems.

The grounds for this request, as set forth in the accompanying Affidavit of Jack O. Kalmink, are that Defendant was served with the Alias Summons and First Amended Complaint on May 30, 2007, making its answer due on June 19, 2007. Defendant has not responded to the First Amended Complaint, requested an extension of time in which to respond, or otherwise communicated with Plaintiff's counsel.

Dated: July 19, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Will H. Sudell*

William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

5469136.1 24460/116986

- and -

CLARK HILL PLC
Jack O. Kalmink
Paul C. Smith
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Phone: (313) 965-8300
Facsimile: (313) 965-8252

Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC., a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ONACLICK, INC., d/b/a SAT SYSTEMS, a Nevada Corporation <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-00280 (***) ) ) ) ) ) ) |

## DEFAULT

WHEREAS, Defendant onAclick, Inc., d/b/a SAT Systems, has been served with the Alias and First Amended Complaint in this action and has not responded to the First Amended Complaint within twenty (20) days after service thereof,

Pursuant to Fed. R. Civ. P. 55(a), default is hereby entered against Defendant onAclick, Inc., d/b/a SAT Systems.

_____
Clerk

Date:_____

## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., do hereby certify that a copy of the foregoing **Request for Entry of Default** was served this 19th day of July, 2007 upon the following individuals in the manner indicated:

### BY U.S. MAIL:

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, President or to any officer
or managing or general agent
1325 Airmotive Way #175
Reno, NV 89502

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, NV 89502

Date:  July 19, 2007
       Wilmington, Delaware

William H. Sudell, Jr. (No. 463)

972237.1