UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC., a New York Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 07-00280 (***) |
| ONACLICK, INC., d/b/a SAT SYSTEMS, a Nevada Corporation | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

STATE OF MICHIGAN   )
                                         )  ss.
COUNTY OF WAYNE   )

Jack O. Kalmink, having first been duly cautioned and sworn, states as follows:

1. I am counsel of record for Plaintiff Parrot, Inc. in the above-captioned proceeding, in which capacity I have personal knowledge of and am competent to testify with respect to the matters set forth herein.

2. On May 22, 2007, a Complaint was filed against Defendant and a Summons regarding same issued by this Court. On May 23, 2007, a First Amended Complaint was filed against Defendant with an appropriate Alias Summons issued by this Court.

3. Pursuant to Fed. R. Civ. P. 4(c), a copy of the Alias Summons and First Amended Complaint were personally served on Mathew Hanson of the office of John-Eric Jones, Resident Agent for Defendant, 1325 Airmotive Way #290, Reno, Nevada 89502.

4. As stated in the Alias Summons, the Defendant was required to file an answer or other responsive pleading within twenty (20) days after service of the Alias Summons. Accordingly, an answer or other response was due on or before June 19, 2007.

5. The undersigned sent a letter by first-class mail to Defendant's principal place of business <u>and</u> to its resident agent reminding Defendant of its obligation to respond to the First Amended Complaint and unilaterally agreeing to extend the time within which to respond to the First Amended Complaint to July 13, 2007.

6. The Defendant has not requested an extension of time to respond to the Complaint, nor has any such extension been granted.

7. No answer, motion, or responsive pleading was filed within the time limit set by Fed. R. Civ. P. 12(a). In fact, the Defendant has made no appearance or response to date, nor has Defendant contacted counsel for Plaintiff.

8. The Defendant is not an infant or incompetent person and is not presently serving in the armed forces of the United States, and accordingly is not in active military service.

9. The amount due, as stated in Plaintiff's Complaint, is $314,370.80.

_____
Jack O. Kalmink

Subscribed and sworn to before
me this 18th day of July, 2007.

_____
Notary Public
My Commission Expires: 11/2/11
Acting in _Wayne_ County

KAREN M. DOULETTE
Notary Public, State of MI
County of Wayne
My Commission Expires 11-02-2011
Acting in the County of Wayne

2

## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., do hereby certify that a copy of the foregoing **Affidavit of Counsel in Support of Request for Entry of Default** was served this 19th day of July, 2007 upon the following individuals in the manner indicated:

### BY U.S. MAIL:

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, President or to any officer
or managing or general agent
1325 Airmotive Way #175
Reno, NV 89502

onAclick, Inc. d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, NV 89502

Date:  July 19, 2007
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　William H. Sudell, Jr. (No. 463)

972246.1