UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC.,<br>a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONACLICK, INC., d/b/a SAT SYSTEMS,<br>a Nevada Corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-00280 (***)<br>)<br>)<br>)<br>)<br>) |

2007 AUG 16  PM 1: 05

## DEFAULT

WHEREAS, Defendant onAclick, Inc., d/b/a SAT Systems, has been served with the Alias and First Amended Complaint in this action and has not responded to the First Amended Complaint within twenty (20) days after service thereof,

Pursuant to Fed. R. Civ. P. 55(a), default is hereby entered against Defendant onAclick, Inc., d/b/a SAT Systems.

_____
Clerk

Date: 8/16/07