IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARROT, INC., a New York Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-280-*** |
| ONACLICK, INC., d/b/a SAT SYSTEMS, a Nevada Corporation, | : : : | |
| Defendant. | : : | |

## ORDER

At Wilmington, this **20th** day of **August, 2007.**

IT IS HEREBY ORDERED that a hearing on plaintiff's request for a default judgment against defendants has been scheduled for **Thursday, September 20, 2007 at 8:30 a.m.** with Judge Thynge, in Judge's Courtroom, Courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE