UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC., <br> a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ONACLICK, INC., d/b/a SAT SYSTEMS, <br> a Nevada Corporation, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 07-00280 (***) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFAULT JUDGMENT

At a session of said Court, held in Wilmington, Delaware, on this ___20___ day of ___September___, 2007.

PRESENT: HON. ___Mary Pat Thynge___
United States ~~District~~ Court Judge
*Magistrate*

This matter coming before the Court on Plaintiff Parrot, Inc.'s Motion for Entry of Default Judgment and Defendant onAclick, Inc., d/b/a SAT Systems' failure to appear or otherwise respond to the First Amended Complaint, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that judgment be and hereby is entered in favor of Plaintiff Parrot, Inc. in the amount of $314,370.00, plus $27,125.94 in pre-judgment interest from October 31, 2006 to date. *And court costs in the amount of $350.00.*

IT IS FURTHER ORDERED that this Default Judgment will earn post-judgment interest at the applicable statutory rate. *Defendant has consistent w/ 26 USC § 636 and Fed. R. Civil Procedure 72 ten (10) days after service of this Order to object.*

_____
United States ~~District Court~~ Judge
*Magistrate*

5499765.1 24460/116986