UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC.,<br>a New York Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>ONACLICK, INC., d/b/a SAT SYSTEMS,<br>a Nevada Corporation,<br><br>   Defendant. | )<br>)<br>)  C.A. No. 07-00280 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  I, Jack O. Kalmink, do hereby certify that on September 21, 2007, a copy of the Default Judgment signed on September 20, 2007 by U.S. Magistrate Judge Mary Pat Thynge was sent by first-class mail to:

onAclick, Inc., d/b/a SAT Systems
c/o John-Eric Jones and Mathew Hansen or any
  officer, managing agent or general agent
1325 Airmotive Way, #175
Reno, Nevada 89502

onAclick, Inc., d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, Nevada 89502

                _/s/ Jack O. Kalmink_
                Jack O. Kalmink

# CLARK HILL
### PLC
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel. (313) 965-8300 ▪ Fax (313) 965-8252
www.clarkhill.com

WH?

SEP 2  2007

Jack O. Kalmink
Phone: (313) 965-8231
E-Mail: jkalmink@clarkhill.com

September 21, 2007

onAclick, Inc., d/b/a SAT Systems
c/o    John-Eric Jones and Mathew Hansen or any
       officer, managing agent or general agent
1325 Airmotive Way, #175
Reno, Nevada 89502

onAclick, Inc., d/b/a SAT Systems
c/o John-Eric Jones, Registered Agent
1450 Whisper Rock Way
Reno, Nevada 89502

Re: **U.S. District Court, District of Delaware, Case No. 07-280**
**Parrot, Inc. v onAclick, Inc., d/b/a SAT Systems**

Dear Sir(s):

Enclosed is a copy of the Default Judgment against onAclick, Inc., d/b/a SAT Systems, which was signed and entered by U.S. Magistrate Judge Mary Pat Thynge.

Very truly yours,

CLARK HILL PLC

Jack O. Kalmink

JOK:kd
cc:    William H. Sudell, Jr., Esq.
       Curtis S. Miller, Esq.
       Robert L. Weyhing, Esq.
       Mr. Edward Valdez

5502198.1 24460/116986

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PARROT, INC.,<br>a New York Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONACLICK, INC., d/b/a SAT SYSTEMS,<br>a Nevada Corporation,<br><br>　　　　Defendant. | )<br>)<br>)　C.A. No. 07-00280 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFAULT JUDGMENT**

At a session of said Court, held in Wilmington, Delaware, on this __20__ day of __September__, 2007.

PRESENT: HON. __Mary Pat Thynge__
United States ~~District~~ Magistrate Court Judge

This matter coming before the Court on Plaintiff Parrot, Inc.'s Motion for Entry of Default Judgment and Defendant onAclick, Inc., d/b/a SAT Systems' failure to appear or otherwise respond to the First Amended Complaint, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that judgment be and hereby is entered in favor of Plaintiff Parrot, Inc. in the amount of $314,370.00, plus $27,125.94 in pre-judgment interest from October 31, 2006 to date _and court costs in the amount of $350.00._

IT IS FURTHER ORDERED that this Default Judgment will earn post-judgment interest at the applicable statutory rate.

_Defendant has consistent w/ 28 USC § 636 and Fed. R. Civ. P. Procedure 72 ten (10) days after service of this Order to object._

　　　　　　　　　　　　　　　　　　_/s/ Mary Pat Thynge_
　　　　　　　　　　　　　　　　　　United States ~~District Court~~ Magistrate Judge

5499765.1 24460/116986